ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2009 MAR -3 P 3: 28

DUBLIN DIVISION

CLERK _3McCarthy_
SO. DIST. OF GA

| | | |
|---|---|---|
| FREDRICK ALLEN ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-113 |
| | ) | |
| DANNY POWELL and CHRIS | ) | |
| BRACEWELL, | ) | |
| | ) | |
| Defendants. | ) | |

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the motion to dismiss is **GRANTED**, the motion for summary

judgment and Plaintiff's outstanding motions are deemed **MOOT**,[2] and this civil action is

**CLOSED**.

SO ORDERED this 3rd day of _March_, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff has filed a "response" to the Report and
Recommendation, in which he indicates that he accepts the Magistrate Judge's
recommendation of dismissal. (See doc. no. 204).

[2] Those motions filed by Plaintiff and Defendant Powell since the issuance of the
Report and Recommendation are also deemed **MOOT**. (Doc. nos. 202, 203).